**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | | |
|---|---|---|
| DYNAPLAS LIMITED, | ) | Case No. 01-CV-125 DWF/AJB |
| | ) | |
| Plaintiff, | ) | Judge Donovan W. Frank |
| | ) | Mag. Judge Arthur J. |
| v. | ) | |
| | ) | |
| DYNA-PLAST, INC., | ) | **ORDER GRANTING JOINT MOTION** |
| | ) | **FOR AMENDMENT OF THE** |
| | ) | **PRETRIAL SCHEDULING ORDER** |
| Defendant. | ) | **AND FOR EXTENSION OF TIME** |

For good cause shown, the parties' Joint Motion for Amendment of the Pretrial Scheduling Order and for Extension of time is GRANTED to allow an extension of discovery as contemplated by the Court's Pretrial Scheduling Order filed March 23, 2001 to amend the Scheduling Order as follows:

| | |
|---|---|
| Discovery Completed By | January 15, 2002 |
| Disclosure of the Identity of Expert Witnesses and Initial Expert Reports: | |
| By Plaintiff | January 31, 2002 |
| By Defendant | February 15, 2002 |
| Plaintiff's Rebuttal Expert Reports Due | March 1, 2002 |
| Defendant's Rebuttal Expert Reports Due | April 1, 2002 |
| Non-Dispositive Motions Served and Filed By: | February 15, 2001 |

FILED SEP 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | |
|---|---|
| Dispositive Motions Filed and Hearing Completed By: | May 1, 2002 |
| Jury Trial | September 1, 2002 |

IT IS SO ORDERED.

9/5/01

United States ~~District Court~~ MAGISTRATE Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500